FILED
CLERK, U.S. DISTRICT COURT
NOV - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                  )
                  Plaintiff, ) CASE NO. 03-84-ODW - 16
                                                  )
                        v.                      )
                                                  ) ORDER OF DETENTION
SHANE WILLIAMS        ) [Fed. R. Crim. P. 32.1(a)(6);
                                                  ) 18 U.S.C. § 3143 (a)]
                  Defendant. )

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Cent Dist CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____ _Prior FTA_ _____

1
2 _____
3 _____
4      and/or
5 B.  ( )   The defendant has not met his/her burden of establishing by clear and
6     convincing evidence that he/she is not likely to pose a danger to the safety of
7     any other person or the community if released under 18 U.S.C. § 3142(b) or
8     (c).  This finding is based on _____
9     __Recent Drug Use_____
10   _____
11   _____
12   _____
13
14   IT IS THEREFORE ORDERED that the defendant be detained pending
15   further revocation proceedings.
16
17
18   Dated:  Nov 7, 2011
19
20                                    /s/
21
22                                    MICHAEL R. WILNER
                                      UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28